# IN THE COMMONWEALTH COURT OF PENNSYLVANIA

Tracy Houston,                                  :
                    Petitioner                  :
                                                :
        v.                                      :
                                                :
Workers' Compensation Appeal Board              :
(Raymour & Flanigan),                           :
                    Respondent                  :        No. 2249 C.D. 2014

## **O R D E R**

NOW, September 2, 2015, having considered respondent's application for reconsideration, the application is denied.

_____

DAN PELLEGRINI,
President Judge